### William H. Hallermann, Guy C. Barkley and Fred Feulner v. The Baltimore & Ohio South-Western Railway Co.

1. OPINION IN FORMER CASE—*Adopted.*—The opinion of the court in Carlyle Canning Co. v. The Baltimore & Ohio Southwestern Railway Company, *supra*, is adopted as the opinion in this case.

Error, to the Circuit Court of Clinton County; the Hon. ALONZO S. WILDERMAN, Judge, presiding. Heard in this court at the February term, 1898. Reversed and remanded. Opinion filed August 31, 1898.

R. W. BARGER and M. P. MURRAY, attorneys for plaintiffs in error.

PALMER, SHUTT, HAMILL & LESTER and VAN HOOREBEKE & LOUDEN, attorneys for defendant in error.

MR. JUSTICE WORTHINGTON delivered the opinion of the court.

This case was tried in the Circuit Court by agreement with the case of the Carlyle Canning Co. v. The Baltimore & Ohio Southwestern Railway Company. The same questions are involved in both cases, and the records are substantially alike. The opinion of the court in the Carlyle Canning Co. v. The Baltimore & Ohio Southwestern Railway Company, *supra*, is adopted as the opinion in this case.

Judgment reversed and case remanded.